This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-37795

**NATIONSTAR MORTGAGE LLC
d/b/a CHAMPION MORTGAGE
COMPANY,**

Plaintiff-Appellant,

v.

**LEROY MARTINEZ,**

Defendant-Appellee,

and

**UNKNOWN SPOUSE OF LEROY
MARTINEZ; UNITED STATES OF
AMERICA by and through the
SECRETARY OF HOUSING AND
URBAN DEVELOPMENT; DEUTSCHE
BANK TRUST COMPANY AMERICAS
f/k/a BANKERS TRUST COMPANY,
as custodian; and OCCUPANTS OF
THE PROPERTY,**

Defendants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Nancy J. Franchini, District Judge**

McCarthy & Holthus, LLP
Jason C. Bousliman
Albuquerque, NM

Akerman, LLP
Michael J. McKleroy, Jr.
Dallas, TX

for Appellant

Senior Citizens' Law Office, Inc.
Paul W. Spear
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**HANISEE, Chief Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal has been filed and the time for doing so has expired. **REVERSED.**

**{2}    IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**BRIANA H. ZAMORA, Judge**

**ZACHARY A. IVES, Judge**